# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Rick Cramer, individually and as personal representative of the Estate of David Burt Cramer and on behalf of David Burt Cramer, ) ) ) ) ) | |
| Plaintiff, ) ) | **ORDER ADOPTING STIPULATION** |
| v. ) ) | |
| Soo Line Railroad Company, a Minnesota corporation d/b/a Canadian Pacific Railway Limited, and Canadian Pacific Railway Company, a Canadian corporation ) ) ) ) ) | Case Number: 4:05-cv-094 |
| Defendants. ) | |

Before the Court is a "Stipulation for Dismissal with Prejudice" filed by the parties on March 8, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation of Dismissal" (Docket No. 25) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court